April 3, 2025



# JUDGMENT

# The Fifteenth Court of Appeals

## NO. 15-24-00007-CV

MIKE MORATH IN HIS OFFICIAL CAPACITY AS THE COMMISSIONER OF EDUCATION, Appellant

V.

KINGSVILLE INDEPENDENT SCHOOL DISTRICT, ET AL., Appellees[1]

---

[1]    Anna Independent School District, Athens Independent School District, Bastrop Independent School District, Beeville Independent School District, Birdville Independent School District, Bonham Independent School District, Canutillo Independent School District, Carrizo Springs Independent School District, Comal Independent School District, Coppell Independent School District, Crane Independent School District, Crowley Independent School District, Del Valle Independent School District, Denton Independent School District, Driscoll Independent School District, Edcouch-Elsa Independent School District, Edinburg Consolidated Independent School District, El Paso Independent School District, Everman Independent School District, Fort Stockton Independent School District, Fort Worth Independent School District, Frisco Independent School District, Graham Independent School District, Grand Prairie Independent School District, Hays Consolidated Independent School District, Hereford Independent School District, Hutto Independent School District, Italy Independent School District, Keller Independent School District, Kingsville Independent School District, Lake Worth Independent School District, Lancaster Independent School District, Lasara Independent School District, Leander Independent School District, Llano Independent School District, Lohn Independent School District, Luling Independent School District, Mansfield Independent School District, Mathis Independent School District, McKinney Independent School District, Mineral Wells Independent School District, Mount Vernon Independent School District, Muleshoe Independent School District, Paint Rock Independent School District, Palestine Independent School District,

_____

This Court has considered the record and arguments on appeal in this case and holds that there was error in the trial court's orders overruling appellant's plea to the jurisdiction and granting a temporary injunction. It is ordered that the trial court's orders are **REVERSED** and we **RENDER** judgment dismissing the case with prejudice.

We further order that all costs incurred by reason of this appeal be paid by appellees.

We further order this decision certified below for observance.

Judgment Rendered April 3, 2025.

Panel consists of Chief Justice Brister and Justices Field and Farris.
Opinion delivered by Chief Justice Brister.
Concurring opinion by Chief Justice Brister.

---

Pecos-Barstow-Toyah Independent School District, Ramirez Common School District, Red Oak Independent School District, Ricardo Independent School District, Richardson Independent School District, San Elizario Independent School District, Seguin Independent School District, Southwest Independent School District, Springtown Independent School District, Sweetwater Independent School District, Valley View Independent School District, Water Valley Independent School District, Westwood Independent School District, White Settlement Independent School District.